■ CITY OF ROME, Respondent, v. COUNTY OF ONEIDA, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Oneida Supreme Court in an action for a declaratory judgment determining the method of imposing certain taxes for the maintenance of highways in the rural areas of the city of Rome.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ In the Matter of DOMINIC TAVANO et al., Appellants, against GLADYS L. HITCHCOCK, as Treasurer of the County of Wayne, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Wayne Special Term denying a motion by petitioners for an order directing respondent to receive the amount of taxes, expenses of tax sale and penalties in redemption of two lots in the village of Newark, which lots were bid in by the county on a sale of the property at a tax lien foreclosure.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ JANE D. GROAT, as Executrix of LEWIS P. SMITH, JR., Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31626.) — Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim for damages for the death of claimant's intestate alleged to have resulted by reason of negligent maintenance of State highway.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ POCONO FREIGHT LINES, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31627.) — Same decision and like cause of action as in companion case of *Groat* v. *State of New York* (5 A D 2d 752).

■ CLARENCE KULAKOWSKI, Respondent, v. MAURICE A. STANTON et al., Appellants.— Order affirmed, with costs. All concur. (Appeals from an order of Cayuga Trial Term granting a motion by plaintiffs to set aside the verdict of a jury for no cause of action and for a new trial in an automobile negligence action.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of the CITY OF BUFFALO, Appellant, against JESSE BROOKS, Respondent and GENERAL MOTORS ACCEPTANCE CORPORATION, Intervenor-Respondent.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term directing the City of Buffalo to restore the automobile to intervenor or to sell the forfeited automobile and pay the proceeds of the sale up to a certain amount to the intervenor, the city retaining only proceeds in excess of the amount.) McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ. [3 Misc 2d 492.]